CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

*SOUTHERN DISTRICT OF MISSISSIPPI FILED JUN 27 2018 ARTHUR JOHNSTON BY _____ DEPUTY*

CITY: __MERIDIAN__

COUNTY: __LAUDERDALE__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _X_ DOCKET # __3:18CR67-CWR-LRA__
SAME DEFENDANT _____ NEW DEFENDANT _X_
MAGISTRATE JUDGE CASE NUMBER __3:18MJ146-LRA__
R 20/ R 40 FROM DISTRICT OF _____

## DEFENDANT INFORMATION:

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: __AUBREY MAURICE JORDAN__

## U.S. ATTORNEY INFORMATION:

AUSA __KEESHA MIDDLETON__                BAR # __104549__

INTERPRETER: _X_ NO ___ YES    LIST LANGUAGE AND/OR DIALECT: _____

## LOCATION STATUS:       ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

## U.S.C. CITATIONS

TOTAL # OF COUNTS: __4__    ___ PETTY    ___ MISDEMEANOR    _4_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 18:1512A1.F | 18 U.S.C.§ 1512(a)(1)(C) | Tamper with Witness, Victim, Informant (Manslaughter) | 4 |
| Set 2 18:1512A.F | 18 U.S.C. § 1512(k) | Tampering with Witness, Victim, Informant | 5 |
| Set 3 18:1513.F | 18 U.S.C. § 1513(a)(1)(b) | Retaliating Against Witness, Victim, Informant Actual Killing | 6 |
| Set 4 18:1513.F | 18 U.S.C.§ 1513(f) | Retaliating Against Witness, Victim | 7 |

Date: __6/21/18__    **SIGNATURE OF AUSA**: *Keesha Middleton*

Revised 2/26/2010