CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: MERIDIAN

COUNTY: LAUDERDALE

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT  X  DOCKET # 3:18CR67-CWR-LRA
SAME DEFENDANT ___X___ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER  3:18MJ146-LRA
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES  X  NO

MATTER TO BE SEALED: ____YES  X  NO

NAME/ALIAS:  MONROE HUGHES A/K/A ROE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  KEESHA MIDDLETON            BAR #  104549

INTERPRETER: X NO  ____YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**      ARREST DATE _____

 X  ALREADY IN FEDERAL CUSTODY AS OF  4/3/18
_____ALREADY IN STATE CUSTODY
_____ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  5      _____PETTY _____MISDEMEANOR  5  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 21:841A=CD.F | 21 U.S.C.§ 846 | Conspiracy to Distribute Controlled Substance | 1 |
| Set 2 21:841G=CP.F | 21 U.S.C.§ 841(a)(1) | Possession with Intent to Distribute Meth | 2 & 3 |
| Set 3 18:1512A.F | 18 U.S.C.§ 1512(k) | Tampering with Witness, Victim, Informant | 4 |
| Set 4 18:1513.F | 18 U.S.C.§ 1513(f) | Retaliating Against Witness, Victim | 6 |

Date: 6/27/18      **SIGNATURE OF AUSA:** _Keesh Middleton_

Revised 2/26/2010