CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: MERIDIAN

COUNTY: LAUDERDALE

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__ DOCKET # 3:18CR67CWR-LRA
SAME DEFENDANT __X__ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 3:18MJ146-LRA
R 20/ R 40 FROM DISTRICT OF _____

## DEFENDANT INFORMATION:

JUVENILE: ___YES __X__NO

MATTER TO BE SEALED: ___YES __X__NO

NAME/ALIAS: CORTEZ LAKEITH BYRD A/K/A BYRD

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

## U.S. ATTORNEY INFORMATION:

AUSA KEESHA MIDDLETON           BAR # 104549

INTERPRETER: __X__NO ___YES  LIST LANGUAGE AND/OR DIALECT: _____

## LOCATION STATUS:    ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF 4/3/18
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

## U.S.C. CITATIONS

TOTAL # OF COUNTS: __4__    ___PETTY  ___MISDEMEANOR  __4__FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 21:841A=CD.F | 21 U.S.C.§ 846 | Conspiracy to Distribute Controlled Substance | 1 |
| Set 2 21:841G=CP.F | 21 U.S.C.§ 841(a)(1) | Possession with Intent to Distribute Meth | 3 |
| Set 3 18:1512A.F | 18 U.S.C.§ 1512(k) | Tampering with Witness, Victim, Informant | 4 |
| Set 4 18:1513.F | 18 U.S.C.§ 1513(f) | Retaliating Against Witness, Victim | 6 |

Date: 6/27/18    SIGNATURE OF AUSA: _Keesha Middleton_

Revised 2/26/2010