# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Linda R. Anderson

Initial Appearance/Arraignment on Superseding Indictment

| | | | |
|---|---|---|---|
| Case Number: | 3:18cr67-001 | UNITED STATES vs. JORDAN | |
| Hearing Date: | 6/29/2018 | Time In and Out: | 25 min./11:58:34-11:35:52 |
| Clerk: | Winnie Goodwin | Courtroom: | 6-D |
| Defendant: | Aubrey Maurice Jordan | Defendant's Counsel: | Scott Gilbert, CJA |
| AUSA | Keesha Middleton | Pretrial/Probation: | Robert Wilder, Jr. |
| Interpreter: | n/a | | |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Superseding Indictment read in full in open court |
| ☒ | Defendant enters a Not Guilty plea to all counts |
| ☒ | Discovery Order entered |
| ☒ | Trial Date: September 4, 2018 |

| Custody Status | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant requesting time to decide as to detention hearing | Detention Hearing set for 7/03/2018 at 10:30 a.m. unless a waiver of detention hearing is filed prior to that date. |
| ☒ | Defendant remanded to the custody of the USM | |

| Other | |
|---|---|
| ☒ | FPD appointed but Scott Gilbert was requested to attend as FPD knew of a possible conflict and wanted someone else present at the initial hearing today if the case would need to be turned over to a panel attorney. |