## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                          **CRIMINAL NO.: 3:18cr67-CWR-LRA**

**AUBREY MAURICE JORDAN**

### ORDER

This matter is before the Court on the Government's Motion for Leave to File Redacted Exhibits [Doc. #233] and its Motion for *in Camera* Inspection [Doc. #234]. The Motions are related to a Motion to Dismiss filed by Defendant Aubrey Jordan, which sought to attach certain exhibits under seal. The request to seal these Exhibits was denied without prejudice, for failure to meet the standard required by this Court to restrict access to public records. Jordan's request was never renewed; however, the Government now seeks to have these Exhibits reviewed, redacted and filed with the Defendant's Motion.

The proposed redacted Exhibits were not attached to either of the Government's Motions; however, the Court understands that the Government proposes only to redact the names of potential witnesses in this case. As grounds for its request, the Government argues that the basis of its charges against Defendant Jordan involve witness tampering; therefore, concealing the identities of potential trial witnesses is necessary to protect those witnesses and also to maintain the integrity of these proceedings. The Court, in its earlier Order, held that the public's right of access to court records could only be overcome where the interests of non-disclosure outweighed that right, and the requested sealing was narrowly drawn to protect those interests. The Court is satisfied that, in this situation, the Government's request to redact the names of potential witnesses satisfies the test for restricting access to public records.

The Government has requested *in Camera* inspection of these Exhibits, and the Court agrees that it should review the redactions.  As the Court already has a copy of the unredacted documents, it will only be necessary for counsel to produce the proposed redacted copies for comparison.  Those may be emailed to Chambers and to the Court's Death Penalty Law Clerk.  Once it has determined that the redactions appropriately represent the argument of counsel, the Court will enter a short order granting the Government's Motion for Leave to File Redacted Exhibits and permitting them to be filed in that form by Defendant Jordan.

IT IS, THEREFORE, ORDERED that the Government's Motion for *in Camera* Inspection [Doc. #234] is hereby GRANTED.  The Government should provide redacted copies of the Exhibits to the Court on or before November 30, 2020.

IT IS SO ORDERED, this the 18th day of November, 2020.

s/ Carlton W. Reeves
CARLTON W. REEVES
UNITED STATES DISTRICT JUDGE