IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO.: 3:18cr67-CWR-LRA

AUBREY MAURICE JORDAN

## ORDER

This matter is before the Court on the Government's Motion for Leave to File Redacted Exhibits [Doc. #233]. In its Order of November 18, 2020, the Court held that the Government had proffered compelling reasons to redact the exhibits in question and that the proposed redactions were narrowly drawn so as to achieve that purpose without unduly restricting the public's right of access to Court records. The Court also directed counsel for the Government to submit the proposed redacted exhibits for review. The Government has submitted the exhibits, and the Court has reviewed them and finds that they comport with the Court's earlier Order.

IT IS, THEREFORE, ORDERED that the Government's Motion for Leave to File Redacted Exhibits [Doc. #233] is hereby GRANTED. The redacted exhibits may now be attached to Defendant Jordan's Reply Brief, re: Motion to Dismiss Counts 6 and 7 [Doc. # 211].

IT IS SO ORDERED, this the 20th day of November, 2020.

s/ Carlton W. Reeves
CARLTON W. REEVES
UNITED STATES DISTRICT JUDGE